

People of the State of Illinois, Plaintiff-Appellee, v. Paul
Miller and Rocco Circelli, Defendants-Appellants.

Gen. No. 69–131. (Abstract of Decision.)

Second District.

April 9, 1970.

People of the State of Illinois, Plaintiff-Appellee, v. Carl
Yocum, Defendant-Appellant.

Gen. No. 69–144.

Second District.

April 9, 1970.